# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle M Gephart, | No. CV-22-01652-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| TD Bank NA, et al., | |
| Defendants. | |

On January 20, 2023, a Rule 16 Preliminary Pretrial Conference was held. At the Conference, the parties represented that they were amenable to informally settling the case. Therefore, pursuant to Rule 1 of the Federal Rules of Civil Procedure,

**IT IS ORDERED staying** formal discovery until March 24, 2023. If the parties are unable to come to a settlement by that date, the Court will issue a scheduling order, setting out formal discovery deadlines.

**IT IS FURTHER ORDERED** that the parties must file a stipulation on the addition of TD Bank USA and the dismissal of TD Bank NA by January 30, 2023.

Dated this 20th day of January, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge