Jefferson T. Collins,
 Bar No. 016428
JONES, SKELTON & HOCHULI, P.L.C.
Suite 2700
40 North Central Avenue
Phoenix, AZ 85004
Fax 602.200.7825
Ph. 602.263.1700
jcollins@jshfirm.com

Brian Melendez,
 Minn. License No. 0223633
 (admitted pro hac vice)
BARNES & THORNBURG LLP
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

Attorneys for Defendant
 TD Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle M. Gephart,<br><br>               Plaintiff,<br><br>v.<br><br>TD Bank USA, N.A.; et al.,<br><br>               Defendants. | No. 2:22-cv-01652-SMM<br><br>**DEFENDANT TD BANK USA, N.A.'S OBJECTION TO PROPOSED ORDER ON STIPULATION OF DISMISSAL** |

On October 2, 2023, Ms. Gephart filed a request for a voluntary dismissal under Rule 41(a)(2), but only on condition that "each party . . . bear their own costs and fees." (ECF Doc. 34.) On October 3, Defendant TD Bank USA, N.A., filed a response in

opposition to that conditional motion. (ECF Doc. 35.) TD's response stated that "TD does not oppose the dismissal with prejudice — it opposes only the condition in Ms. Gephart's request that would preclude TD from seeking costs and fees." (*Id.* at 2.)

Today, October 5, Ms. Gephart filed a Stipulation of Dismissal with Prejudice, which does not mention fees or costs. (ECF Doc. 36.) TD has no objection to the stipulation itself, which is a form that TD's attorney had proposed to Ms. Gephart's attorneys in September, which they rejected at the time. But the stipulation attaches a proposed order, which provides that "[e]ach party shall bear its own costs and attorney fees." (ECF Doc. 36-1.) The stipulation itself contains no such language, nor would TD have agreed to any such language; in fact, TD's attorney proposed the stipulation that Ms. Gephart filed today for the express purpose of removing that language from a stipulation that Ms. Gephart's attorneys had proposed. TD's attorneys had not seen the proposed order before it was filed.

TD therefore objects to the language in the proposed order that "[e]ach party shall bear its own costs and attorney fees," for the reasons stated in Defendant TD Bank USA, N.A.'s Memorandum in Opposition to Plaintiff's Conditional Motion for Dismissal (ECF Doc. 35).

October 5, 2023.

BARNES & THORNBURG LLP

/s/ Brian Melendez

_____
Brian Melendez
Attorney for Defendant
   TD Bank USA, N.A.