# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle M Gephart,<br><br>                Plaintiff,<br><br>v.<br><br>TD Bank NA, et al.,<br><br>                Defendants. | No. CV-22-01652-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Amended Stipulation of Dismissal with Prejudice filed on October 18, 2023. (Doc. 39). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation. (Doc. 39).

**IT IS FURTHER ORDERED dismissing** Defendant TD Bank **with prejudice**.

**IT IS FURTHER ORDERED denying as moot** all currently pending Motions. (Docs. 28, 34).

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action because all Defendants have now been dismissed.

Dated this 19th day of October, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge