# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle M Gephart,<br><br>   Plaintiff,<br><br>v.<br><br>TD Bank NA, et al.,<br><br>   Defendants. | NO. CV-22-01652-PHX-SMM<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 17, 2024, judgment is entered in favor of Defendants TD Bank NA and TD Bank U.S.A., NA in the amount of $67.861.08.

1. Plaintiff's attorneys Alexander Taylor and Marwan Daher will be jointly and severally responsible for $64,244.42 pursuant to 28 U.S.C. § 1927; and
2. Plaintiff will be responsible for $3,616.66 pursuant to Rule 37(c).

Debra D. Lucas
District Court Executive/Clerk of Court

May 17, 2024

By  s/ D. Draper
    Deputy Clerk